**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FRANK PURIFY, #141872,

        Petitioner,

                              CASE NO. 2:11-CV-15307
v.                               HONORABLE SEAN F. COX

DEBRA SCUTT,

        Respondent.
_____/

**ORDER DENYING MOTION FOR FEDERAL ATTORNEY**

        This matter is before the Court on Petitioner's "Motion for a Federal Attorney," which was filed on June 6, 2013. This case, however, is closed. The Court dismissed Petitioner's habeas action without prejudice on exhaustion grounds on October 1, 2012. The Court also denied a certificate of appealability and denied leave to proceed *in forma pauperis* on appeal. Petitioner's request for counsel is therefore moot. Accordingly, the Court **DENIES** Petitioner's motion. This case remains closed.

        **IT IS SO ORDERED**.

Dated: June 21, 2013                              S/ Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Court Judge

I hereby certify that on June 21, 2013, the foregoing document was served upon counsel of record

by electronic means and upon Frank Purify by First Class Mail at the address below:

Frank Purify
375686
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, MI 49201

Dated: June 21, 2013                               S/ J. McCoy
                                                   Case Manager